IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTIAN LEE ODOM,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.        Case No. 13-cv-140-wmc

GEICO INSURANCE COMPANY and
ENTERPRISE RENT-A-CAR COMPANY,

        Defendants.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing the complaint filed by Christian Lee Odom without prejudice for lack of subject matter jurisdiction.

        /s/        11/27/2013
Peter Oppeneer, Clerk of Court        Date